| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 22-14011 / MBK**

Luis Reynoso

Petition Filed Date: 05/17/2022
341 Hearing Date: 06/16/2022
Confirmation Date: 10/12/2022

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 06/13/2022 | $1,227.50 | 85256890 | 07/29/2022 | $1,227.50 | 86145590 | 09/09/2022 | $1,754.00 | 86975020 |
| 09/09/2022 | $1,754.00 | 86975130 | 10/26/2022 | $1,754.00 | 87874410 | 11/30/2022 | $1,754.00 | 88500390 |
| 01/04/2023 | $1,754.00 | 89154330 | 01/30/2023 | $1,754.00 | 89626630 | 02/01/2023 | $1,754.00 | 89702130 |
| 02/03/2023 | ($1,754.00) | 89702130 | 03/01/2023 | $1,754.00 | 90264310 | | | |

**Total Receipts for the Period: $14,733.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $14,733.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Luis Reynoso | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | John P. Dell'Italia<br>»»  AMENDED DISCLOSURE 5/18/22 | Attorney Fees | $4,750.00 | $4,750.00 | $0.00 |
| 1 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $7,218.85 | $0.00 | $7,218.85 |
| 2 | WELLS FARGO BANK, N.A. | Unsecured Creditors | $3,614.35 | $0.00 | $3,614.35 |
| 3 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $4,399.63 | $0.00 | $4,399.63 |
| 4 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $891.15 | $0.00 | $891.15 |
| 5 | DISCOVER BANK | Unsecured Creditors | $5,938.01 | $0.00 | $5,938.01 |
| 6 | LVNV FUNDING LLC | Unsecured Creditors | $1,190.52 | $0.00 | $1,190.52 |
| 7 | FEDERAL HOME LOAN MORTGAGE CORP<br>»»  P/1490 FELA AVENUE/1ST MTG/ORDER 7/7/22 | Mortgage Arrears | $62,439.53 | $6,684.94 | $55,754.59 |
| 8 | Citibank, NA<br>»»  HOME DEPOT CC | Unsecured Creditors | $1,377.45 | $0.00 | $1,377.45 |
| 9 | FEDERAL HOME LOAN MORTGAGE CORP<br>»»  1490 FELA AVE/ATTY FEES 12/27/22 | Mortgage Arrears | $538.00 | $538.00 | $0.00 |

**Chapter 13 Case No. 22-14011 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,733.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $11,972.94 | Current Monthly Payment: | $1,754.00 |
| Paid to Trustee: | $1,132.35 | Arrearages: | $0.00 |
| Funds on Hand: | $1,627.71 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

**View your case information online for *FREE*! Register today at www.ndc.org or scan this code to get started.**

